# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONEL DENAIR PANKEY,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 79041

**FILED**

JUL 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing a petition for writ of habeas corpus. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court served notice of entry of the order dismissing the petition for writ of habeas corpus on February 1, 2018. Appellant did not file the notice of appeal, however, until June 17, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-29910

cc: Hon. Elliott A. Sattler, District Judge
Ronel Denair Pankey
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk